JOHN SERVINO, Respondent, *v.* JEAN SERVINO, Appellant.

Argued October 5, 1954; decided October 21, 1954.

*John F. Loonam* and *William A. Hergenrother* for appellant. *Menahem Stim* and *Mark K. Leeds* for respondent.

Order and judgment affirmed, with costs, and, as to the first cause of action, judgment absolute directed against appellant on the stipulation. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.